```
 1
 2
 3
 4
 5
 6
 7
 8                        UNITED STATES DISTRICT COURT
 9                       CENTRAL DISTRICT OF CALIFORNIA
10
11  JESSE L. YOUNGBLOOD,              )  NO. CV 11-6537-JAK(E)
                                      )
12                 Plaintiff,         )
                                      )
13        v.                          )  ORDER ADOPTING FINDINGS,
                                      )
14  THE PEOPLE, STATE OF CA.,         )  CONCLUSIONS AND RECOMMENDATIONS
    CIM-PRISON, WARDEN, et al.,       )
15                                    )  OF UNITED STATES MAGISTRATE JUDGE
                                      )
16                 Defendants.        )
    _____ )
17
18
19       Pursuant to 28 U.S.C. section 636, the Court has reviewed the
20  First Amended Complaint, all of the records herein and the attached
21  Report and Recommendation of United States Magistrate Judge.  The
22  Court approves and adopts the Magistrate Judge's Report and
23  Recommendation.
24
25       IT IS ORDERED that Judgment shall be entered dismissing the First
26  Amended Complaint without prejudice.
27  ///
28  ///
```

1        IT IS FURTHER ORDERED that the Clerk serve forthwith a copy of
2   this Order and the Judgment of this date on the Plaintiff.

4        DATED: October 20, 2011.

                              _____
                                    JOHN A. KRONSTADT
                              UNITED STATES DISTRICT JUDGE

2