**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JESSE L. YOUNGBLOOD, | ) | NO. CV 11-6537-JAK(E) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| THE PEOPLE, STATE OF CA., CIM-PRISON, WARDEN, et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED that the First Amended Complaint is dismissed without prejudice.

DATED: October 20, 2011.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE